UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROYAL VIP SERVICES, LLC; FRANK T. POLIZZI, AS TRUSTEE OF THE POLIZZI FAMILY TRUST; KATHLEEN YOHANNA D/B/A MACLAY CLEANERS; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:24-cv-08522-PA (AGRx)<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice.

SO ORDERED.

DATED: January 31, 2025     _____
                             Percy Anderson
                             United States District Court Judge